# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

October 28, 2021

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Christen Croutz
Chapter 13 - Bankruptcy Case No. 1:20-bk-01617

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PREMIER RENTAL PURCH
925 CAPITOL LANDING RD STE B
WILLIAMSBURG VA 23185-4378

The Creditor's <u>previous</u> address was as follows:

PREMIER RENTAL PURCH
5248 OLDE TOWNE ROAD
WILLIAMSBURG VA 23188-1986

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm