# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ
CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE LAUGHMAN,
CHRISTEN M. CROUTZ
        Debtor(s)

                      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                      CASE NO: 1-20-01617-HWV

vs.

MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ   CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE LAUGHMAN,
CHRISTEN M. CROUTZ
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 13, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    December 13, 2021                  Respectfully submitted,

                                              /s/   James K. Jones, Esquire
                                              ID:  39031
                                              Attorney for Movant
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ
CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE
LAUGHMAN, CHRISTEN M. CROUTZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-20-01617-HWV

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> January 12, 2022 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1600.00**
**AMOUNT DUE FOR THIS MONTH: $700.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $2300.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

Dated: December 13, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ
CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE LAUGHMAN, CHRISTEN M. CROUTZ

CHAPTER 13

Debtor(s)

CASE NO: 1-20-01617-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

MICHAEL WILLIAM CROUTZ
CHRISTEN MARIE CROUTZ
204 S QUEEN STREET
SHIPPENSBURG, PA 17257

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 13, 2021

Liz Joyce
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ
CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE
LAUGHMAN, CHRISTEN M. CROUTZ

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

CASE NO: 1-20-01617-HWV

vs.

MICHAEL WILLIAM CROUTZ
AKA: MICHAEL W CROUTZ
CHRISTEN MARIE CROUTZ
AKA: FKA CHRISTEN MARIE
LAUGHMAN, CHRISTEN M. CROUTZ

MOTION TO DISMISS

**ORDER DISMSSING CASE**

 Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.