# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 18, 2022

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Christen Croutz
Chapter 13 Bankruptcy Case No. 1-20-01617

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

(P)DIRECTV
PO BOX 139004
DALLAS TX 75313-9004

The Creditor's <u>previous</u> address was as follows:

(P)DIRECTV
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm