# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 28, 2022

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Christen Croutz
Chapter 13 - Bankruptcy Case No. 1:20-bk-01617

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

CREDIT MANAGEMENT COMPANY
ATTN BANKRUPTCY
661 ANDERSEN DRIVE, STE 110
PITTSBURGH, PA 15220-2700

The Creditor's <u>previous</u> address was as follows:

CREDIT MANAGEMENT COMPANY
ATTN BANKRUPTCY
2121 NOBLESTOWN ROAD
PITTSBURGH, PA 15205-3956

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm