# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558.8990

November 23, 2022

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Michael William Croutz & Christine Marie Croutz
Chapter 13 Bankruptcy Case No. 1:20-bk-01617-HWV

Dear Clerk:

Please issue a certified Order approving Motion to Sell Real Estate in the above matter. The Docket Number of the Order is 108.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\GETTYSBURG\CROUTZ Christen & Michael\Pleadings & Creditors\Sale of Real Estate\MOTION FOR SALE OF REAL ESTATE\ 1-26-22 BK Request (Certified Order).ltr.wpd

Case 1:20-bk-01617-HWV    Doc 109    Filed 11/23/22    Entered 11/23/22 08:59:50    Desc
Main Document    Page 1 of 1