United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael William Croutz  
Christen Marie Croutz  
    Debtors

Case No. 20-01617-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 08, 2023      Form ID: tele341      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Michael William Croutz, Christen Marie Croutz, 204 S Queen Street, Shippensburg, PA 17257-2014 |
| cr | + | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5330008 | | Adams Electric Cooperative, 1338 Biglerville Road, Post Office box 3605, Gettysburg, PA 17325-0605 |
| 5330009 | + | Affordable Finance LLC, 946 Lincoln Way East, Chambersburg, PA 17201-2818 |
| 5330011 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5330012 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 5330015 | + | Chambersburg Hospital, 760 East Washington Street, Chambersburg, PA 17201-2751 |
| 5330016 | + | Chambersburg Hospital ER, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5330017 | + | Chambersburg Hospital ER, 760 E Washington Street, Chambersburg, PA 17201-2751 |
| 5330018 | + | Chambersburg Hospital Op, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5330030 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, Attn: Bankruptcy, 1130 Northchase Parkway Ste 150, Marietta, GA 30067 |
| 5341093 | + | Jesse James Auto Mart, 4599 Molly Pitcher Hwy, Chambersburg, PA 17202-9231 |
| 5330037 | | Penelec, P.O. box 16001, Reading, PA 19612-6001 |
| 5338204 | + | Penelec/FirstEnergy, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5330039 | | Penn State Hershey Medical Center, Post Office box 643291, Pittsburgh, PA 15264-3291 |
| 5330038 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 5330040 | + | Penn State Hershey Medical Center, PO Box 853, MC A410, Hershey, PA 17033-0853 |
| 5330041 | + | Penn State MS Hershey Medical Cente, PO Box 854, Hershey, PA 17033-0854 |
| 5330042 | | Phelan Hallinan Diamond & Jones, LL, PMB SSS Acquisition, PO Box 8990, Turnersville, NJ 08012-8990 |
| 5330043 | | Premier Rental Purch, 925 Capitol Landing Rd Ste B, Williamsburg, VA 23185-4378 |
| 5330045 | | Rachel Young, 203 S Orange Street, Shippensburg, PA 17257 |
| 5482011 | + | U.S. Bank National Association, not in its individ, c/o Rushmore Loan Management Services, L, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5330048 | + | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5341094 | + | Wellspan Health, 1001 S George Street, York PA 17403-3676 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5330007 | | Email/Text: bankruptcy@acimacredit.com | Mar 08 2023 18:38:00 | ACIMA CREDIT, PO BOX 1667, DRAPER UT 84020-1667 |
| 5341794 | + | Email/Text: bknotices@totalcardinc.com | Mar 08 2023 18:38:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |
| 5330011 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 08 2023 18:38:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5465126 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 08 2023 18:38:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |

| Recipient ID | | Notice Method | Date Sent | Name and Address |
|---|---|---|---|---|
| 5330022 | | Email/Text: bdsupport@creditmanagementcompany.com | Mar 08 2023 18:38:00 | CREDIT MANAGEMENT COMPANY, ATTN BANKRUPTCY, 661 ANDERSEN DRIVE, STE 110, PITTSBURGH, PA 15220-2700 |
| 5330013 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 08 2023 18:38:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5330019 | + | Email/Text: documentfiling@lciinc.com | Mar 08 2023 18:38:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 5330020 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 08 2023 18:38:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5330021 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 08 2023 18:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5330023 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 08 2023 18:53:23 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5330026 | | Email/Text: mrdiscen@discover.com | Mar 08 2023 18:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5330024 | + | Email/Text: G06041@att.com | Mar 08 2023 18:38:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5330025 | | Email/Text: G06041@att.com | Mar 08 2023 18:38:00 | DirecTV, PO Box 139004, Dallas, TX 75313-9004 |
| 5330027 | + | Email/Text: bknotice@ercbpo.com | Mar 08 2023 18:38:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5343547 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 08 2023 18:38:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5330028 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 08 2023 18:38:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5330029 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 08 2023 18:39:26 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5330031 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 08 2023 18:38:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5330005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2023 18:38:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5331121 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2023 18:54:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5330033 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2023 18:38:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5336879 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 08 2023 18:38:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5330034 | + | Email/Text: Bankruptcies@nragroup.com | Mar 08 2023 18:38:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5330035 | + | Email/PDF: cbp@onemainfinancial.com | Mar 08 2023 18:53:54 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5330006 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2023 18:38:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5330044 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 08 2023 18:38:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 5330046 | + | Email/Text: bankruptcy@sw-credit.com | Mar 08 2023 18:38:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5330047 | + | Email/Text: bknotices@totalcardinc.com | Mar 08 2023 18:38:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |

| | | | |
|---|---|---|---|
| 5474045 | + Email/Text: flyersprod.inbound@axisai.com | Mar 08 2023 18:38:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5336437 | Email/Text: bkrcy@ugi.com | Mar 08 2023 18:38:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5330010 | | American Webloan.com, Removed per entry 16 |
| 5330014 | | Capital Bank, Address removed per entry 9 |
| 5330032 | | Info Connect, Per entry no 7, can not find address |
| 5330036 | | PAYDAY LOAN COMPANY, Per entry no 7, can not find address |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5474046 | *+ | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Michael William Croutz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Christen Marie Croutz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its |

|  |  |
|---|---|
|  | individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Leon P. Haller | lhaller@pkh.com lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bknotifications@ghidottiberger.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Kara Gendron | 1−877−715−0840 | 9994937 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| Lisa Rynard | 1−877−810−1022 | 5894927 |
| Jill Spott | 1−888−802−9680 | 2175082 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(01/22)