# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 17, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Christen Croutz
Chapter 7 Bankruptcy Case No. 1-20-01617

Dear Clerk:

Please be advised that the address for Michael and Christen Croutz has changed to the following:

18 Victoria Court
Shippensburg, PA 17257

The Debtor's <u>previous</u> address was as follows:

204 S. Queen Street
Shippensburg, PA 17257

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm

cc: Leon Haller (Trustee)
Via E-Service