IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MICHAEL WILLIAM CROUTZ : CHAPTER 13 TO CHAPTER 7
aka MICHAEL W. CROUTZ :
CHRISTEN MARIE CROUTZ : CASE NO.: 1-20-01617
aka CHRISTEN M. CROUTZ :
fka CHRISTEN MARIE LAUGHMAN, :
              Debtors :

## SCHEDULE OF POST-PETITION DEBTS

Original filing date: 05/26/2020
Date of Conversion: 03/07/2023

| | Creditor | Amount |
|---|---|---|
| 1. | Monarch Recovery Mgmt Inc<br>collecting for First Premier Bank<br>3260 Tillman Drive Ste 75<br>Bensalem PA 19020<br><br>Acct No. Ending 0825 | <br><br><br><br><br>$999.23 |
| 2. | Jefferson Capital Systems LLC<br>collecting for Fortiva Credit Card<br>16 McLeland Road<br>Saint Cloud MN 56303<br><br>Acct Nos. Ending 4520<br>                  9456 | <br><br><br><br><br>$914.59<br>$977.06 |
| 3. | Jefferson Capital Systems LLC<br>collecting for Aspire Credit Card<br>Dept 6419 PO Box 11407<br>Birmingham AL 35246-6419<br><br>Acct No. Ending 7666 | <br><br><br><br><br>$593.23 |
| 4. | Bureau of Account Mgmt<br>collecting for Penn State Hershey Medical Ctr<br>3607 Rosemont Avenue, Ste 502<br>PO Box 8875<br>Camp Hill PA 17001-8875<br><br>Acct Nos. Ending 1467<br>                  1422 | <br><br><br><br><br><br><br>$36.26<br>$239.70 |

| | | |
|---|---|---|
| 5. | First Premier Bank<br>PO Box 5514<br>Sioux Falls SD 57117-5514 | |
| | Acct No. Ending 0815 | Unknown |
| 6. | Synchrony Bank<br>PO Box 71782<br>Philadelphia PA 19176-1782 | |
| | Acct No. Ending 5158 | $698.62 |
| 7. | Penn State Hershey Medical Center<br>Attn: Patient Financial Services MC A410<br>PO Box 853<br>Hershey PA 17033-0853 | |
| | Acct Nos. Ending 9184<br>9066<br>1422 | $25.64<br>$41.48<br>$239.70 |
| 8. | Premier Rental<br>419 E High Street<br>Carlisle PA 17013 | Unknown |
| 9. | Acima<br>PO Box 1667<br>Draper UT 84020 | Unknown |
| 10. | Progressive Leasing<br>256 W Data Drive<br>Draper UT 84020 | Unknown |
| 11. | Upstart Loan/Upstart Credit<br>PO Box 1503<br>San Carlos CA 94070 | |
| | Acct Nos. Ending 4897<br>Unknown Account Nos. | $4000.00<br>Unknown |
| 12. | Continental Finance<br>4550 Linden Hill Rd<br>Ste 400 #4<br>Wilmington DE 19808-2953 | $1966.00 |
| 13. | Webbank Fingerhut<br>6250 Ridgewood Rd<br>St Cloud MN 56303 | Unknown |

| | | |
|---|---|---|
| 14. | Credit One Bank<br>PO Box 98873<br>Las Vegas NV 89193 | Unknown |
| 15. | Sprint<br>PO Box 8077<br>London KY 40742 | |
| | Acct No. Ending 3971 | $3969.85 |
| 16. | Xfinity Mobile<br>PO Box 3002<br>Southeastern PA 19398 | |
| | Acct No. Ending 7977 | $1248.63 |
| 17. | Xfinity Cable<br>PO Box 21129<br>St Paul MN 55121 | |
| | Acct No. Ending 5516 | Unknown |
| 18. | Zeta Cable<br>14650 Cantova Way Ste 302<br>Rancho Murieta CA 95683 | Unknown |
| 19. | LVNV Funding<br>collecting for Credit One Bank<br>PO Box 10497<br>Greenville SC 29603-0497 | $722.00 |
| 20. | Upgrade Inc<br>275 Battery Street Ste 2300<br>San Francisco CA 94111 | $1303.00 |
| 21. | First Energy Corp<br>2800 Centre Avenue<br>Reading PA 19605 | |
| | Acct No. Ending 2125 | $1292.12 |

Dated: 3\30\2023

_____
Michael W. Croutz

Dated: 3\30\2023

*Christen Croutz*
_____
Christen M. Croutz

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL WILLIAM CROUTZ | : | CHAPTER 13 TO CHAPTER 7 |
| aka MICHAEL W. CROUTZ | : | |
| CHRISTEN MARIE CROUTZ | : | CASE NO.: 1-20-01617 |
| aka CHRISTEN M. CROUTZ | : | |
| fka CHRISTEN MARIE LAUGHMAN, | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Candy Hill, Paralegal, hereby certify that I have served a copy of the SCHEDULE OF POST-PETITION DEBTS on the creditors listed on the Schedule of Post-Petition Debts and on the following person(s) by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania addressed to:

Monarch Recovery Mgmt Inc
collecting for First Premier Bank
3260 Tillman Drive Ste 75
Bensalem PA 19020

Jefferson Capital Systems LLC
collecting for Fortiva Credit Card
16 McLeland Road
Saint Cloud MN 56303

Jefferson Capital Systems LLC
collecting for Aspire Credit Card
Dept 6419 PO Box 11407
Birmingham AL 35246-6419

Bureau of Account Mgmt
collecting for Penn State Hershey Medical Ctr
3607 Rosemont Avenue, Ste 502
PO Box 8875
Camp Hill PA 17001-8875

First Premier Bank
PO Box 5514
Sioux Falls SD 57117-5514

Case 1:20-bk-01617-HWV    Doc 123    Filed 03/30/23    Entered 03/30/23 14:16:19    Desc
Main Document    Page 4 of 6

Synchrony Bank
PO Box 71782
Philadelphia PA 19176-1782

Penn State Hershey Medical Center
Attn: Patient Financial Services MC A410
PO Box 853
Hershey PA 17033-0853

Premier Rental
419 E High Street
Carlisle PA 17013

Acima
PO Box 1667
Draper UT 84020

Progressive Leasing
256 W Data Drive
Draper UT 84020

Upstart Loan/Upstart Credit
PO Box 1503
San Carlos CA 94070

Continental Finance
4550 Linden Hill Rd
Ste 400 #4
Wilmington DE 19808-2953

Webbank Fingerhut
6250 Ridgewood Rd
St Cloud MN 56303

Credit One Bank
PO Box 98873
Las Vegas NV 89193

Sprint
PO Box 8077
London KY 40742

Xfinity Mobile
PO Box 3002
Southeastern PA 19398

Xfinity Cable
PO Box 21129
St Paul MN 55121

Zeta Cable
14650 Cantova Way Ste 302
Rancho Murieta CA 95683

LVNV Funding
collecting for Credit One Bank
PO Box 10497
Greenville SC 29603-0497

Upgrade Inc
275 Battery Street Ste 2300
San Francisco CA 94111

First Energy Corp
2800 Centre Avenue
Reading PA 19605

IMBLUM LAW OFFICES, P.C.

_____
Candy Hill
4615 Derry Street
Harrisburg PA 17111
717 238-5250
Fax No. 717 558-8990

Dated: 3/30/2023