# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE**
MICHAEL WILLIAM CROUTZ
CHRISTEN MARIE CROUTZ,

**CHAPTER**     7

**CASE NO.:**     1-20-01617

**Debtor(s)** | **Application for Refund**

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 32.00 _____ for document no(s).
124 _____ (*enter docket numbers*) filed in the above-named case on the following date(s)
03/31/2023 _____ on behalf of the ☑ debtor(s) ☐ creditor (*check one*).

2. Receipt # _____ for the overpayment of filing fee was issued _____
in the amount of $ _____ .

3. A refund is warranted in this matter because (*state reason(s) why a refund should be issued*):
The Court incorrectly billed for adding creditors without making a docket entry, when in fact a docket entry of post petition debts adding creditors was made, which does not reqjuire a fee. (as per email received from the Case Administrator on April 4, 2023).

_____

_____

4. Refund should be sent to: (*name and complete address*)
   Gary J. Imblum, Esq., 4615 Derry Street, Harrisburg, PA  17111

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on *04/12/2023* _____         _____
                                                Applicant's signature

                                                Type or Print Name below:

                                                Gary J. Imblum, Esquire

                                                Address of Applicant:

                                                4615 Derry Street, Harrisburg, PA  17111