| | |
|---|---|
| In re: | Case No. 20-01617-HWV |
| Michael William Croutz | Chapter 7 |
| Christen Marie Croutz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
| Date Rcvd: Jun 13, 2023 | Form ID: 318 | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael William Croutz, Christen Marie Croutz, 18 Victoria Court, Shippensburg, PA 17257-8157 |
| 5330008 | | Adams Electric Cooperative, 1338 Biglerville Road, Post Office box 3605, Gettysburg, PA 17325-0605 |
| 5330009 | #+ | Affordable Finance LLC, 946 Lincoln Way East, Chambersburg, PA 17201-2818 |
| 5330012 | | Bureau of Account Managment, Bureau Of Account, Camp Hill, PA 17011 |
| 5330015 | + | Chambersburg Hospital, 760 East Washington Street, Chambersburg, PA 17201-2751 |
| 5330016 | + | Chambersburg Hospital ER, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5330017 | + | Chambersburg Hospital ER, 760 E Washington Street, Chambersburg, PA 17201-2751 |
| 5330018 | + | Chambersburg Hospital Op, 112 N 7th Street, Chambersburg, PA 17201-1700 |
| 5531169 | ++ | FIRSTENERGY CORPORATION, PO BOX 16001, READING PA 19612-6001 address filed with court:, First Energy Corp, 2800 Centre Avenue, Reading PA 19605 |
| 5330030 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, Attn: Bankruptcy, 1130 Northchase Parkway Ste 150, Marietta, GA 30067 |
| 5341093 | + | Jesse James Auto Mart, 4599 Molly Pitcher Hwy, Chambersburg, PA 17202-9231 |
| 5330038 | + | Penn State Hershey Medical Center, PO Box 853, Hershey, PA 17033-0853 |
| 5330040 | + | Penn State Hershey Medical Center, PO Box 853, MC A410, Hershey, PA 17033-0853 |
| 5330039 | | Penn State Hershey Medical Center, Post Office box 643291, Pittsburgh, PA 15264-3291 |
| 5531155 | | Penn State Hershey Medical Center, Attn: Patient Financial Services MC A410, PO Box 853, Hershey PA 17033-0853 |
| 5330041 | + | Penn State MS Hershey Medical Cente, PO Box 854, Hershey, PA 17033-0854 |
| 5330042 | | Phelan Hallinan Diamond & Jones, LL, PMB SSS Acquisition, PO Box 8990, Turnersville, NJ 08012-8990 |
| 5531156 | + | Premier Rental, 419 E High Street, Carlisle PA 17013-2651 |
| 5330043 | | Premier Rental Purch, 925 Capitol Landing Rd Ste B, Williamsburg, VA 23185-4378 |
| 5330048 | + | UGI Utilities, Inc., PO Box 15503, Wilmington, DE 19850-5503 |
| 5531159 | + | Upstart Loan/Upstart Credit, PO Box 1503, San Carlos CA 94070-7503 |
| 5341094 | + | Wellspan Health, 1001 S George Street, York PA 17403-3676 |
| 5531166 | + | Zeta Cable, 14650 Cantova Way Ste 302, Rancho Murieta CA 95683-9619 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Jun 13 2023 18:45:34 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5330007 | | Email/Text: bankruptcy@acimacredit.com | Jun 13 2023 18:46:00 | ACIMA CREDIT, PO BOX 1667, DRAPER UT 84020-1667 |
| 5531157 | + | Email/Text: bankruptcy@acimacredit.com | Jun 13 2023 18:46:00 | Acima, PO Box 1667, Draper UT 84020-1667 |
| 5341794 | + | EDI: TCISOLUTIONS.COM | Jun 13 2023 22:41:00 | BANK OF MISSOURI, 2700 S LORRAINE PL, SIOUX FALLS, SD 57106-3657 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5330011 | + | Email/Text: Bankruptcy@BAMcollections.com | Jun 13 2023 18:46:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5531152 | | Email/Text: Bankruptcy@BAMcollections.com | Jun 13 2023 18:46:00 | Bureau of Account Mgmt, collecting for Penn State Hershey Medica, 3607 Rosemont Avenue, Ste 502, PO Box 8875, Camp Hill PA 17001-8875 |
| 5531160 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2023 18:46:00 | Continental Finance, 4550 Linden Hill Rd, Ste 400 #4, Wilmington DE 19808-2953 |
| 5465126 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 13 2023 18:46:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5330022 | | Email/Text: bdsupport@creditmanagementcompany.com | Jun 13 2023 18:46:00 | CREDIT MANAGEMENT COMPANY, ATTN BANKRUPTCY, 661 ANDERSEN DRIVE, STE 110, PITTSBURGH, PA 15220-2700 |
| 5330013 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 13 2023 18:46:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5330019 | + | EDI: COMCASTCBLCENT | Jun 13 2023 22:41:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 5330020 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 13 2023 18:46:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 5330021 | + | EDI: CCS.COM | Jun 13 2023 22:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2609 |
| 5330023 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2023 19:00:34 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5330026 | | EDI: DISCOVER.COM | Jun 13 2023 22:41:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 5330024 | + | EDI: DIRECTV.COM | Jun 13 2023 22:41:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5330025 | | EDI: DIRECTV.COM | Jun 13 2023 22:41:00 | DirecTV, PO Box 139004, Dallas, TX 75313-9004 |
| 5330027 | + | Email/Text: bknotice@ercbpo.com | Jun 13 2023 18:46:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5343547 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2023 18:46:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5330028 | + | EDI: BLUESTEM | Jun 13 2023 22:41:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5330029 | + | EDI: AMINFOFP.COM | Jun 13 2023 22:41:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5531153 | | EDI: AMINFOFP.COM | Jun 13 2023 22:41:00 | First Premier Bank, PO Box 5514, Sioux Falls SD 57117-5514 |
| 5330031 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 13 2023 18:46:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5330005 | | EDI: IRS.COM | Jun 13 2023 22:41:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5531150 | | EDI: JEFFERSONCAP.COM | Jun 13 2023 22:41:00 | Jefferson Capital Systems LLC, collecting for Fortiva Credit Card, 16 McLeland Road, Saint Cloud MN 56303 |
| 5531151 | | EDI: JEFFERSONCAP.COM | Jun 13 2023 22:41:00 | Jefferson Capital Systems LLC, collecting for Aspire Credit Card, Dept 6419 PO Box 11407, Birmingham AL 35246-6419 |
| 5531167 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2023 19:00:52 | LVNV Funding, collecting for Credit One Bank, PO Box 10497, Greenville SC 29603-0497 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5331121 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2023 19:00:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5330033 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2023 18:46:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 5531149 | + | Email/Text: compliance@monarchrm.com | Jun 13 2023 18:46:00 | Monarch Recovery Mgmt Inc, collecting for First Premier Bank, 3260 Tillman Drive Ste 75, Bensalem PA 19020-2059 |
| 5336879 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 13 2023 18:46:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5330034 | + | Email/Text: Bankruptcies@nragroup.com | Jun 13 2023 18:46:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5330035 | + | EDI: AGFINANCE.COM | Jun 13 2023 22:41:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5330037 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 13 2023 18:46:00 | Penelec, P.O. box 16001, Reading, PA 19612-6001 |
| 5338204 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jun 13 2023 18:46:00 | Penelec/FirstEnergy, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5330006 | + | EDI: PENNDEPTREV | Jun 13 2023 22:41:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5330006 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2023 18:46:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5330044 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 13 2023 18:46:00 | Progressive Insurance, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 5531158 | + | Email/Text: ecfbankruptcy@progleasing.com | Jun 13 2023 18:46:00 | Progressive Leasing, 256 W Data Drive, Draper UT 84020-2315 |
| 5531163 | | EDI: AISSPRINT | Jun 13 2023 22:41:00 | Sprint, PO Box 8077, London KY 40742 |
| 5330046 | + | Email/Text: bankruptcy@sw-credit.com | Jun 13 2023 18:46:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5531154 | | EDI: RMSC.COM | Jun 13 2023 22:41:00 | Synchrony Bank, PO Box 71782, Philadelphia PA 19176-1782 |
| 5330047 | + | EDI: TCISOLUTIONS.COM | Jun 13 2023 22:41:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 5474045 | + | Email/Text: flyersprod.inbound@axisai.com | Jun 13 2023 18:46:00 | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5482011 | ^ | MEBN | Jun 13 2023 18:45:34 | U.S. Bank National Association, not in its individ, c/o Rushmore Loan Management Services, L, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5336437 | | Email/Text: bkrcy@ugi.com | Jun 13 2023 18:46:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5531168 | | Email/Text: bknotice@upgrade.com | Jun 13 2023 18:46:00 | Upgrade Inc, 275 Battery Street Ste 2300, San Francisco CA 94111 |
| 5531161 | + | EDI: BLUESTEM | Jun 13 2023 22:41:00 | Webbank Fingerhut, 6250 Ridgewood Rd, St Cloud MN 56303-0820 |
| 5531165 | + | EDI: COMCASTCBLCENT | Jun 13 2023 22:41:00 | Xfinity Cable, PO Box 21129, St Paul MN 55121-0129 |
| 5531164 | + | EDI: COMCASTCBLCENT | Jun 13 2023 22:41:00 | Xfinity Mobile, PO Box 3002, Southeastern PA 19398-3002 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5330010 | | American Webloan.com, Removed per entry 16 |
| 5330014 | | Capital Bank, Address removed per entry 9 |
| 5330032 | | Info Connect, Per entry no 7, can not find address |
| 5330036 | | PAYDAY LOAN COMPANY, Per entry no 7, can not find address |
| 5330045 | | Rachel Young, Removed address per entry 127 |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5531162 | *+ | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5474046 | *+ | U.S. Bank N.A., not in its individual capacity, but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, c/o: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Michael William Croutz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Christen Marie Croutz gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Leon P. Haller | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

| | |
|---|---|
| Michelle Ghidotti | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bknotifications@ghidottiberger.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>Michael William Croutz<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7822<br>EIN  __–_____ | |
| Debtor 2<br>(Spouse, if filing)<br>Christen Marie Croutz<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0321<br>EIN  __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:20–bk–01617–HWV | | |

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael William Croutz
aka Michael W Croutz

Christen Marie Croutz
aka Christen M. Croutz, fka Christen Marie Laughman

6/13/23

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318            **Order of Discharge**            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318  **Order of Discharge**  page 2